# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western <br> ☐ Central <br> ☐ Southwestern | ☐ St. Joseph <br> ☐ Southern | **Jackson** <br> County and elsewhere | ☒ Secret Indictment <br> ☐ Juvenile |

**Defendant Information**
Defendant Name    Gerald L. Ginnings
Alias Name
Birthdate         01/02/1980

**Related Case Information**
Superseding Indictment/Information   ☒ Yes   ☐ No
    if yes, original case number   18-00293-01-CR-W-DGK
New Defendant                         ☐ Yes   ☒ No
Prior Complaint Case Number, if any   18-MJ-00144-JTM
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Bruce Rhoades

**Interpreter Needed**
☐ Yes        Language and/or dialect _____
☒ No

**Location Status**
Arrest Date: 9/28/18
☒ Currently in Federal Custody
☐ Currently in State Custody         Writ Required     ☐ Yes  ☒ No
☐ Currently on Bond                  Warrant Required  ☐ Yes  ☒ No

**U.S.C. Citations**
Total # of Counts    4

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841A=CD.F/6801/4 | Conspiracy to Distribute Methamphetamine | 1 |
| 2 | 18:1956-6801.F/6801/4 | Conspiracy to Commit Money Laundering | 2 |
| 3 | 18:924C.F/7830/4 | Posess Firearms with Drug Trafficking | 4 |
| 4 | 18:922G.F/7830/4 | Felon Possess Firearm and Ammunition | 5 |
| 5 | 21:853.F/6911/4 | Allegation of Criminal Forfeiture | |

(May be continued on reverse)

Date   12/12/18                    Signature of AUSA   /s/ Bruce Rhoades