# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson**<br>County and elsewhere | ☒ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name: Christian Douglas Hansen
Alias Name:
Birthdate: 04/14/1979

**Related Case Information**
Superseding Indictment/Information ☒ Yes ☐ No  if yes, original case number 18-00293-CR-W-DGK
New Defendant ☒ Yes ☐ No
Prior Complaint Case Number, if any
Prior Target Letter Case Number, if any

**U.S. Attorney Information**
AUSA Bruce Rhoades

**Interpreter Needed**
☐ Yes    Language and/or dialect
☒ No

**Location Status**
Arrest Date
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required ☐ Yes ☒ No
Warrant Required ☒ Yes ☐ No

**U.S.C. Citations**
Total # of Counts    4

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841A=CD.F/6801/4 | Conspiracy to Distribute Methamphetamine | 1 |
| 2 | 18:1956-6801.F/6801/4 | Conspiracy to Commit Money Laundering | 2 |
| 3 | 18:924C.F/7830/4 | Posess Firearms with Drug Trafficking | 4 |
| 4 | 18:922G.F/7830/4 | Felon Possess Firearm and Ammunition | 5 |
| 5 | 21:853.F/6911/4 | Allegation of Criminal Forfeiture | |

(May be continued on reverse)

Date   12/12/18          Signature of AUSA   /s/ Bruce Rhoades