# CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ Western | ☐ St. Joseph | **Jackson** | ☑ Secret Indictment |
| ☐ Central | ☐ Southern | County and elsewhere | ☐ Juvenile |
| ☐ Southwestern | | | |

**Defendant Information**
Defendant Name   Paul J. Kibodeaux
Alias Name
Birthdate   04/22/1983

**Related Case Information**
Superseding Indictment/Information  ☑ Yes  ☐ No   if yes, original case number  18-00293-CR-W-DGK
New Defendant   ☑ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Bruce Rhoades
**Interpreter Needed**
☐ Yes   Language and/or dialect _____
☑ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody    Writ Required    ☐ Yes  ☑ No
☐ Currently on Bond             Warrant Required ☑ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts   2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841A=CD.F/6801/4 | Conspiracy to Distribute Methamphetamine | 1 |
| 2 | 18:1956-6801.F/6801/4 | Conspiracy to Commit Money Laundering | 2 |
| 3 | 21:853.F/6911/4 | Allegation of Criminal Forfeiture | |

(May be continued on reverse)

Date   12/12/18            Signature of AUSA   /s/ Bruce Rhoades