IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.                               Case No.   18-00293-01-CR-W-DGK

LEEANNA MICHELLE SCHROEDER

                                                          AUSA:   Robert Smith
                                                    Defense Atty.:   Cynthia Dodge

| JUDGE: | **Lajuana M. Counts**<br>U. S. Magistrate Judge | DATE/TIME: | **12/27/2018**<br>11:08am-11:24am |
|---|---|---|---|
| DEPUTY CLERK | Traci Chorny | TAPE/REPORTER | FTR/tc |
| INTERPRETER | | PRETRIAL/PROB: | Jeremy Thomas |

## Clerk's Minutes

### DETENTION HEARING

DETENTION HEARING: Parties appear in person and with counsel ready to proceed on government's motion for pretrial detention. This hearing was continued from Friday, December 21, 2018.

( x )   Parties stipulate to factual contents of Pretrial Services Report as being the direct testimony of Pretrial Services Officer. Ms. Dodge made changes to the report by way of proffer.
( x )   Government provides additional evidence to the report regarding the arrest out of Troy County, Missouri.
( x )   Arguments presented.
( x )   Defendant makes a proffer.

Based upon the information presented, the Court grants government's motion to detain and found reason to believe that no condition or combination of conditions of release would reasonably assure:

    ( x )   The appearance of the defendant or the safety of any other person or persons and the community.

    ( x )   Defendant ordered detained without bail. Written Detention Order to be forthcoming.