IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action No. |
| v. ) | 18-00293-01-12-CR-W-DGK |
| ) | |
| GERALD L. GINNINGS, et al., ) | |
| ) | |
| Defendants. ) | |

O R D E R

Pending before the Court is the motion (Doc. No. 125) of defendant Stephanie Thurmond to declare this case complex and extended pursuant to Section 230.23.40(b) of the CJA Guidelines and 18 U.S.C. § 3006A(d)(3), as well as authorizing compensation in excess of the statutory case compensation maximum and authorizing the submission of interim CJA vouchers. For the reasons set forth in the motion the Court is convinced that this case is, in fact, complex and will be litigated in an extended time frame. For good cause appearing, it is

ORDERED that is the motion (Doc. No. 125) of defendant Stephanie Thurmond to declare this case complex and extended pursuant to Section 230.23.40(b) of the CJA Guidelines and 18 U.S.C. § 3006A(d)(3), as well as authorizing compensation in excess of the statutory case compensation maximum and authorizing the submission of interim CJA vouchers is GRANTED.

                                                                                                             */s/* **JOHN T. MAUGHMER**
                                                                                                                       John T. Maughmer
                                                                                          United States Magistrate Judge