# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western  ☐ St. Joseph  ☐ Central  ☐ Southern  ☐ Southwestern | | Jackson County and elsewhere | ☐ Secret Indictment  ☐ Juvenile |

**Defendant Information**
Defendant Name    Gerald L. Ginnings
Alias Name
Birthdate         01/02/1980

**Related Case Information**

Superseding Indictment/Information  ☒ Yes  ☐ No   if yes, original case number 18-00293-01/12-CR-W-DGK

New Defendant  ☐ Yes  ☒ No
Prior Complaint Case Number, if any  18-MJ-00144-JTM
Prior Target Letter Case Number, if any

**U.S. Attorney Information**
AUSA Bruce Rhoades

**Interpreter Needed**
☐ Yes   Language and/or dialect
☒ No

**Location Status**
Arrest Date: 9/28/18
☒ Currently in Federal Custody
☐ Currently in State Custody          Writ Required    ☐ Yes  ☒ No
☐ Currently on Bond                    Warrant Required ☐ Yes  ☒ No

**U.S.C. Citations**
Total # of Counts    4

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841A=CD.F/6801/4 | Conspiracy to Distribute Methamphetamine | 1 |
| 2 | 18:1956-6801.F/6801/4 | Conspiracy to Commit Money Laundering | 2 |
| 3 | 18:924C.F/7830/4 | Posess Firearms with Drug Trafficking | 4 |
| 4 | 18:922G.F/7830/4 | Felon Possess Firearm and Ammunition | 5 |
| 5 | 21:853.F/6911/4 | Allegation of Criminal Forfeiture | |

(May be continued on reverse)

Date   6/4/19            Signature of AUSA   /s/ Bruce Rhoades