IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00293-CR-W-DGK |
| ) | |
| GERALD L. GINNINGS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is hereby

ORDERED that any CJA counsel who has not already done so and believes their attorney fees will exceed the statutory cap shall file a proposed budget with the Court through an ex parte motion on or before January 8, 2021. It is further

ORDERED that counsel submitting proposed budgets are directed to use Attorney Budgeting Forms CJA 28A and B.

Date: December 9, 2020

                 /s/ *Jill A. Morris* .
                 JILL A. MORRIS
                 UNITED STATES MAGISTRATE JUDGE