IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00293-10-CR-W-DGK |
| ) | |
| LEEANNA MICHELLE SCHROEDER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Schroeder's Motion to Motion to Modify Conditions of Release (Doc. 527). Defendant seeks modification of Conditions 8 and 9(b) of her Release, to allow release of the third-party custodian and allow Defendant to seek housing closer to her employment. Neither Defendant's Pretrial Services Officer nor the Government object. Accordingly, it is

**ORDERED** that Tim Havens is released as third-party custodian. It is further

**ORDERED** that Defendant reside at a residence approved by Pretrial Services.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE